FILED
IN OPEN COURT
JUN - 8 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:26-cr-43 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | Unlawful Possession of a Machine Gun |
| KAMARI SHAHEEM VICK, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) |
| | ) | Criminal Forfeiture |

**INDICTMENT**

JUNE 2026 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

(Unlawful Possession of a Machine Gun)

On or about July 15, 2022, in the Eastern District of Virginia, the defendant, KAMARI SHAHEEM VICK, did knowingly possess a machinegun, that is, a Glock, Model 23, .40 caliber, semiautomatic handgun, S/N: BTSM769, fitted with a machinegun conversion device, commonly referred to as a "Chip" or "Glock Switch."

(In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in Count One of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.
2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).
3. The property subject to forfeiture includes but is not limited to: a Glock, Model 23, .40 caliber, semiautomatic handgun, S/N: BTSM769, fitted with a machinegun conversion device and any related magazines and ammunition.

(In accordance Title 18, United States Code, Section 924(d)(1) and
Title 28, United States Code, Section 2461(c)).

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States v. Kamari Shaheem Vick*
Criminal No. 4:26-cr-43

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By:

Peter Osyf
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov